Valaree E. Cox, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,754.

Opinion filed May 14, 1928.

John A. Bloomingston, for appellant. Joseph D. Ryan and C. E. Stenning, for appellee; Joseph D. Ryan and Edmund M. Sinnott, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Frances Evelyn Smith, defendant in error, v. Carl E. Smith, sometimes known as Edgar C. Smith, plaintiff in error. Gen. No. 31,983.

Opinion filed May 14, 1928.

Church, Haft, Robertson & Crowe, for plaintiff in error; Egbert Robertson, of counsel. Roy C. Woods and John H. Bishop, for defendant in error; Roy S. Gaskill, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Selma Andersen, appellee, v. E. P. Byrnes, appellant. Gen. No. 32,205.

Opinion filed May 14, 1928. Rehearing denied May 29, 1928.

Kirkland, Patterson & Fleming, for appellant; David Jacker, Joseph H. Pleck and William H. Symmes, of counsel. Finn & Miller, for appellee; Frank Johnston, Jr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.